BELISLE v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 10, 1922.) No. 6089. In Error to the District Court of the United States for the Eastern District of Oklahoma. Sid White, of Okemah, Okl., for plaintiff in error. Frank Lee, U. S. Atty., and O. H. Graves, Asst. U. S. Atty., both of Muskogee, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this Court, under rule 16 (188 Fed. xi, 109 C. C. A. xi), on motion of defendant in error.

---

BROTHERHOOD OF RAILWAY CARMEN OF AMERICA et al. v. AMERICAN CAR CO. (Circuit Court of Appeals, Eighth Circuit. August 11, 1922.) No. 6158. Appeal from the District Court of the United States for the Eastern District of Missouri. Verne Lacy and Edward A. Raithel, both of St. Louis, Mo., for appellants. W. B. Thompson and Ford W. Thompson, both of St. Louis, Mo., for appellee.

PER CURIAM. Appeal docketed and dismissed, at costs of appellant, mandate to issue forthwith, on motion of appellee, under rule 16 (188 Fed. xi, 109 C. C. A. xi).

---

BROWN v. BANK OF CHESTER et al. (Circuit Court of Appeals, Eighth Circuit. July 29, 1922.) No. 6150. Appeal from the District Court of the United States for the Eastern District of Missouri. J. M. Haw, of Charleston, Mo., for appellant. J. C. McDowell, of Charleston, Mo., and O. E. Knehans and R. B. Oliver, Jr., both of Cape Girardeau, Mo., for appellees.

PER CURIAM. Appeal dismissed, at costs of appellant, but without taxation of attorney fee. Mandate to issue forthwith, per stipulation. For opinion below, see In re Brown, 284 Fed. 899.

---

BURKE CONST. CO. v. YOUMANS, U. S. Dist. Judge. (Circuit Court of Appeals, Eighth Circuit. November 8, 1921.) No. 223. Petition for Mandamus to the District Court of the United States for the Western District of Arkansas. James B. McDonough, of Ft. Smith, Ark., for petitioner. W. H. Arnold and Frank S. Quinn, both of Texarkana, Ark., for respondent.

PER CURIAM. Petition for writ of mandamus denied.

---

CHANDLER v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 2, 1922.) No. 5856. In Error to the District Court of the United States for the Western District of Oklahoma. Homer S. Hurst and William Pfeiffer, both of Oklahoma City, Okl., and Lee Bond, of Leavenworth, Kan., for plaintiff in error. W. A. Maurer, U. S. Atty., and J. W. Scothorn, Asst. U. S. Atty., both of Oklahoma City, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error.